UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| RANDALL BRUCE TURNER,<br><br>                        Plaintiff,<br><br>        v.<br><br>UNITED STATES ATTORNEY GENERAL;<br>U.S. MARSHAL; MULTNOMAH COUNTY<br>SHERIFF,<br><br>                        Defendants. | 3:12-00182-TC<br><br>ORDER AND<br>FINDINGS AND RECOMMENDATION |

COFFIN, Magistrate Judge:

The Postal Service returned an envelope addressed to the plaintiff at his last known address. Plaintiff has failed to keep the court informed of his current address.

Plaintiff shall have 30 days from the date of this order to file a notice of change of address.

If the plaintiff fails to file a timely notice of change of address, this action should be dismissed for want of prosecution.

DATED this 23rd day of February 2012.

THOMAS M. COFFIN
United States Magistrate Judge